FILED
CHARLOTTE, NC

SEP 13 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Empress Ninti El Bey, A Full Equity Moor
401 Hawthorne Lane 110-289
Imperial City, North Carolina Territory
near [28204]

1
2

3

United States District Court

4

Western District of North Carolina

5

6   Empress Ninti El Bey, A Full        ) Case No.: 3:19 CV 453-GM
    Equity Aborigine Moor,              )
7             Claimant,                  )
                                         )
8        vs.                             )        Demand for Payment After
                                         )          Default and Breach
9   State of North Carolina Inc,         )              Complaint
    Attorney General of North            )
    Carolina Roy Cooper, Jointly and     )
10  Severally Defendants                 )

11   The Claimant/Plaintiff is a Full Equity Indigenous Inhabitant of America.

12  Claimant is a party to a settlement contract/ agreement made by Attorney
    General Roy Cooper in year 2011.

13  State of North Carolina and all responsible parties to the said contract/

14  agreement created in year 2011 failed to disburse to the claimant.

15  Defendant failed to follow statute N.C.G.S. 114-2.4A b(1)(a), 114-2.4A b(2)(a)

16  Claimant Empress Ninti El Bey brings forth the following causes of action

17  following:

18  1.    Claimant is an Indigenous Inhabitant Domiciled, North Carolina Territory

19  2.    Defendant is a corporation and at the time of this complaint, a resident of

20  Raleigh, North Carolina USA.

21  3.    On or about July 1, 2017, Claimant contracted with Defendant to admit or deny

22  That payment was owed to the Claimant in the amount of 101,006,000 and was in default.

23  4.    On or about November 1, 2017, a valid agreement of default was solidified

24  by the Defendants' acquiescence and tacit agreement.

25  5. Defendants have been in Default of the Claimants Payment Demand as of year 2017.

Complaint - 1

6. Defendants have been in Breach of Contract since year 2011.

Claimant brings forth the following counts and allegations supporting her claim and demand

cause of action:

### COUNT 1 - NEGLIGENCE

Defendant(s) failed to perform duties pursuant to N.C. statutes and sworn under oath, § 114 - 2. Duties. Defendants failed to follow statutes 114-2.4A b(2)(a)(b) failed to disburse payment to a party of a settlement agreement.

### COUNT 2 - BREACH OF CONTRACT

(a) Acting Attorney General Roy Cooper failed to carry out the terms of the contract as described by the N.C.G.S. 114-2.4A b(1)(a) in year 2011.

(b) AG Roy Cooper failed to carefully carry out his contractual obligation to fulfill the terms of his office as Attorney General of the State of North Carolina in 2011, while making agreements for the State of NC.

### DAMAGES
Demand for Relief

WHEREFORE,
Claimant demands compensatory and punitive damages pursuant to Uniform Commercial Code Article 9; UCC 9-607, UCC 9-203, UCC 9-609 and Chapter 25 of North Carolina General Statute in the sum certain amount equal to the default Amount 101,006,000 (One hundred One Million Six Thousand in Lawful Gold Tender) Plus 18% interest for every year in default since 2011, together with attorney fees and court costs.

Dated this September 12, 2019

*Empress Ninti El Bey*

Empress Ninti El Bey
C/O 401 Hawthorne
110-289
Imperial City, North
Carolina Territory,
near [28204]

Complaint - 2

Exhibit List

<u>Attached</u>

A. Royal Decree/ Status of the Claimant – Separate from/ not with the United States or State of North Carolina. No fiduciary relationship exists. State has no rights to withhold claimed funds of the claimants. No Trustee Agreement exists between the Claimant and the Defendant. Matters of the Claimant must be adjudication pursuant to Article III standards and held in 'Equity Court'.

B. Copyright Certificate No.1 – Proclaimation - Ancient Imperial Moors are out of Interregnum.

C. Copyright Certificate No.1 – American Diplomatic Passport

D. N.C. Department of Justice – Attorney General Reports for the years between 2011- 2016. Providing a report of the claimants interest as a party to the claim.

E. Certification and Notary from the North Carolina Legislative Library that claimants copies obtained are authentic signed by Jane W. Basnight.

F. (F 1-4) Cover pages of N.C. General Assembly meetings and minutes conducted when settlement agreement report was first introduced to General Assembly of North Carolina by Attorney General Roy Cooper.

G. Letter signed by Kristi Hyman Chief of Staff, describing the various reports/agreements/settlements entered into by the Attorney General of North Carolina whether by court order or Non-Judicial agreement to resolve a matter.

Exhibit list – Empress Ninti El Bey 9-12-2019

# Royal Decree
## Celestial Empire * Mandate of Heaven



### Ab Initio Mundi usque ad hodiernum diem
### Act of Congress TXU 002-049-663
### Imperium Office of the Empress
### Aborigine of Amexem Government
Imperial City, North Carolina Territory

-------------------

**Droit Droit * (Jus Sanguinus & Jus Soli) * Antiquitous * Landlord* Freeholder * Full Equity * Moor**

## WRIT OF ASSISTANCE

**ISSUED TO:**

1. International Court of Justice/ International Criminal Court
   Peace Palace Carnegienplein 2, The Hague The Netherlands.

2. International Police ( INTERPOL ).
   Interpol General Secretariat  200, Quai Charles De Gaulle
   69006 Lyon France Fax: +33 4 72 44 71 63

3. United States Supreme Court,
   Supreme Court of the United States
   1 First Street, NE
   Washington, DC 20543. Telephone: 202-479-3000

4. United States Department of Justice
   U.S. Attorney General
   950 Pennsylvania, NW
   Washington, D.C. 20530-0001

5. United States District Court
   Western District of North Carolina
   401 W Trade St #210,
   Charlotte, NC 28202

Dear Correspondents; I Empress Ninti El Bey and We the Aborigine Moors of America have duly Proclaimed, Declared and Affirmed our Independence from foreign interests/ Colonial Christian Powers/ Corporate States on our land ( America). This includes but not limited to the U.S./ UNITED STATES, INC./ UNITED STATES TRUST. I/ We are completely separate and apart from all Quasi-Governmental Entities upon our land. I/ We represent the Dejure Government, the People of the Land and the Land itself (Turtle Island).

**NOTICE:** If this court requires that the sovereign Matriarch of Aboriginal Status to pay tax and cost to initiate the foregoing federal lawsuit 'Demand for Payment after Default'. The Indigenous Inhabitant shall not lawfully make payment with fiat currency which is unlawful and a violation to our Charter of the Aborigine of Amexem. Empress Ninti El Bey's has been properly presented for the record, in the event that it is not respected and a 'FEE' is required it shall be done under duress. We thank all correspondents in advance for your support in executing this Writ of Assistance for this momentous addition to the world travel environment.  Electronic Signature Legally Binding;

Authorities
1. UNCITRAL Model Law on Electronic Commerce, Articles 5, 6, and 7.
2. UNIFORM ELECTRONIC TRANSACTIONS ACT (1999).
      3. This e-mail legal notice is enforceable and binding on the recipient / addressee in terms of sections 11(1) to 11(3) of the Electronic Communications and Transactions ("ECT") Act 25 of 2002.

*Sincerely,*
*Her Majesty, In Absolute*
*U'rika Michelline Ramseur -Empress Ninti El Bey*
Mailing address in America: Empress Ninti El Bey
401 Hawthorne Lane 110-289
Imperial City, North Carolina
Territory [28204]

*Her Majesty, In Absolute, Empress Ninti El Bey*

* Droit Droit * (Jus Sanguinus & Jus Soli) * Antiquitous Landlord* Freeho

Ex. B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Perly Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-049-663

**Effective Date of Registration:**
August 08, 2016

## Title

**Title of Work:** Proclamation- Ancient Imperial Moors Are Out Of Interregnum

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** Urika Michelline Ramseur
  **Author Created:** Text
  **Work made for hire:** No
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ninti Elbey
401 Hawthorne Ln # 110-289, Charlatte, NC, 28204

## Limitation of copyright claim

**Material excluded from this claim:** Text
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Text

## Certification

**Name:** Urika Michelline Ramseur
**Date:** August 08, 2016

Page 1 of 1

*Ex.C*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. [signature]*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-150-813

**Effective Date of Registration:**
May 08, 2019

---

## Title

**Title of Work:** American Diplomatic Passport

## Completion/Publication

**Year of Completion:** 2019
**International Standard Number:** ISBN 978-1-7330232-9-0

## Author

- **Pseudonym:** Urika M Ramseur
  **Author Created:** text, artwork
  **Work made for hire:** No
  **Citizen of:** not known
  **Domiciled in:** not known

## Copyright Claimant

**Copyright Claimant:** Ninti El Bey
401 Hawthorne Lane 110-289, Charlotte, NC, 28204

## Limitation of copyright claim

**Material excluded from this claim:** previously registered photographs
**Previous registration and year:** TXu002049663, 2016

**New material included in claim:** text, artwork

## Rights and Permissions

**Name:** Ninti El Bey
**Email:** cherokeenation@protonmail.com
**Address:** 401 Hawthorne Lane 110-289
Charlotte, NC [28204] not known

## Certification


Ex. D



Assets of EL BEY: Ninti
ON STATE of NorthCarolina's
Escrow Ledger

Legislative Report -- October, 2011
NC Gen. Stat. §114-2.6

| Case Name | Docket Number | Court/Agency | Claim Amount | Million $ Claim | Constitutionality Claim | Statute/Provision | Summary |
|---|---|---|---|---|---|---|---|
| dwards, Burton v. State of North Carolina | 10 CV 1314 | NC Superior Court | $0.00 | | X | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. |
| dwards, Harry v. State of North Carolina | 10CV1313 | NC Superior Court | $0.00 | | X | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. |
| state of Esther Brown v. Attorney General | 2:07-CV-7 | Federal District Court | $10,000,000.00 | X | | | Section 1983 civil rights violation allegation. Plaintiff alleges the Attorney General's office failed to investigate local death in Halifax County. |
| vans, Larry v. Somers, S., et al | 5:10-CT-3092-FL | Federal District Court | $8,500,000.00 | X | | | Prisoner Litigation |
| ith Works Community ervices, Inc. v. DMA, NC DHHS | 11 DHR 10249 | NC Administrative Agency | $1,092,097.18 | X | | | Reconsideration Review Decision held on 6/15/11 modified the recoupment from $1,384,662.00 to $1,092,097.18. |
| amily of the Moors by, for and ith Ninti: El Bey v. State of orth Carolina | | | $101,006,000.00 | X | X | NC Gen. Stat. § 114-2.6 | Family of the Moors by, for and with Ninti: EL BEY v. The State of North Carolina. Defamation naming Judge Regan Miller - Mecklenburg County. |
| ee, Sir-Travis v. Boyles (FNU), et | 1:10CV00270 | Federal District Court | $1,500,000.00 | X | | | Prisoner Litigation |
| LF Construction Corp. v. NC OT | 06 CVS 02565 | NC Superior Court | $1,433,966.00 | X | | | Construction Contract Claim, NC Gen. Stat. §136-129 |

EX. D. 2

| Case Name | Docket # | Court/Agency | Claim Amount | Million$ Claim | Const Claim | Statute/Provision Challenged | Brief Summary |
|---|---|---|---|---|---|---|---|
| Donna Pilch v. Roy Cooper | 5:11-CV-382-H-2 | | $2,000,000.00 | X | X | Title 42, 1983, 1985, 1986 - civil rights Title 42, 1331 Fed. Question | Civil Rights |
| Doris Elizabeth H. Wolbert, et al | 06-CVS-5343 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Eaker, James v. Overturf, CO, et al | 1:07CV608 | | $10,100,000.00 | X | | | Prisoner Litigation |
| EISAI, Inc. | 10-CVS-2731 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Erwin W. Parrott, et al | 08-CVS-1912 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Falling Creek Farms, Inc. | 08-CVS-1910 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Family of the Moors by, for and with Ninti: El Bey v. The State of North Carolina | | | $101,006,000.00 | X | X | N.C.G.S. § 114-2.6 | Family of the Moors by, for and with Ninti: EL BEY v. The State of North Carolina. Defamation naming Judge Regan Miller - Mecklenburg County. |
| Fiseas Partnership, a North Carolina General Partnership | 08-CVS-13639 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Frank M. Mongelluzzi, et ux, et al | 11-CVS-0200 | | $1,000,000.00 | X | | | Highway Condemnation |

EX.D.3

| Case Name | Docket # | Court/Agency | Claim Amount | Million $ Claim | Constitutional Claim | Statute/Provision Challenged | Brief Summary |
|---|---|---|---|---|---|---|---|
| Dolven, John M. v. NCDOT, et al | 10-CVS20470 | NC Superior Court | $1,000,000.00 | X | X | NC Gen. Stat. §§ 136-18(5), (25) & (29); 136-93. | Constitutional/statutory challenge of DOT driveway permit policy. |
| Dove, Anthony v. Imelda J. Pate | 5:11-CT-3195-BO | Federal Court | $0.00 | | X | NC Gen. Stat. §15A-269 | Post conviction DNA testing |
| Dyer, Anne E., et al | 09 CVS 0717 | NC Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Edwards, Burton v. State of North Carolina | 10CV1314 | NC Superior Court | $0.00 | | X | Felony Firearms Act | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. |
| Edwards, Harry v. State of North Carolina | 10CV1313 | NC Superior Court | $0.00 | | X | Felony Firearms Act | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. |
| Eudy, Joseph, et ux | 13-CVS-0585 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Family of the Moors by, for and with Ninti: El Bey v. The State of North Carolina | | | $101,006,000.00 | X | X | NC Gen. Stat. § 114-2.6 | Family of the Moors by, for and with Ninti: EL BEY v. The State of North Carolina. Defamation naming Judge Regan Miller - Mecklenburg County. |
| Fiseas Partnership, a North Carolina General Partnership | | | $1,000,000.00 | X | | | Highway Condemnation |
| Fowler, Steve W. and Elizabeth P. | 13 CVS 10989 | NC Business Court | $10,471,588.22 | X | | | Taxpayers contend they are not liable for NC income tax, gift tax, penalities and interest because they were not residents of NC pursuant to N.C. Gen. Stat. § 105-134.1(12) $9,502,000.00 |

Ex.D.4

| Case Name | Docket # | Court/Agency | Claim Amount | Million $ Claim | Constitutional Claim | Statute/Provision Challenged | Brief Summary |
|---|---|---|---|---|---|---|---|
| Edwards, Harry v. State of North Carolina | 10CV1313 | NC Superior Court | $0.00 | | X | Felony Firearms Act | Plaintiff declares Felony Firearms Act is unconstitutional as applied to him and therefore seeks to restore his right to purchase, own, or possess firearms. |
| Engelkernier, Darren v. NCDOT | 11-CVS-8171 | NC Superior Court | | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Eudy, Joseph, et ux | 13-CVS-0585 | Civil Superior Court | $1,000,000.00 | X | | | Highway Condemnation |
| Family of the Moors by, for and with Ninti: El Bey v. The State of North Carolina | | | $101,006,000.00 | X | X | NC Gen. Stat. § 114-2.6 | Family of the Moors by, for and with Ninti: EL BEY v. The State of North Carolina. Defamation naming Judge Regan Miller - Mecklenburg County. |
| Fiseas Partnership, a North Carolina General Partnership | | | $1,000,000.00 | X | | | Highway Condemnation |
| Folk, John A. and Margaret G. v. NCDOT | 14-CVS-4809 | NC Superior Court | | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Fowler, Steve W. and Elizabeth P. | COA | NC Court of Appeals | $10,471,588.22 | X | | | Taxpayers contend they are not liable for NC income tax, gift tax, penalties and interest because they were not residents of NC pursuant to N.C. Gen. Stat. § 105-134.1(12) $ 9,502,000.00 |
| Franklin A. Stump Revocable Trust v. NCDOT | 12-CVS-4853 | NC Superior Court | | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |

Ex.D.5

| Case Name | Docket # | Court/Agency | Claim Amount | Million $ Claim | Constitutional Claim | Statute/Provision Challenged | Brief Summary |
|---|---|---|---|---|---|---|---|
| Eudy, Krone Edward v. NC DOT | 12 CVS 4874 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Evans, Martin J. & Francesca M. Evans v. NC DOT & Wilmington Urban Area | 15 CVS 557 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Fabrizio, Jeffrey P. v. NC DOT | 15 CVS 2487 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Family of the Moors by, for and with Ninti: El Bey v. The State of North Carolina | | | $101,006,000.00 | X | X | NC Gen. Stat. § 114-2.6 | Family of the Moors by, for and with Ninti: EL BEY v. The State of North Carolina. Defamation naming Judge Regan Miller - Mecklenburg County. |
| Felts Family Limited Partnership v. North Carolina Department of Transportation | 15 CVS 6926 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Fluitt, Joe, et ux v. North Carolina Department of Transportation | 15 CVS 3214 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |

EX.D.6

| Family of the Moors by, for and with Ninti: El Bey v. The State of North Carolina | | | $101,006,000.00 | X | X | NC Gen. Stat. § 114-2.6 | Family of the Moors by, for and with Ninti: EL BEY v. The State of North Carolina. Defamation naming Judge Regan Miller - Mecklenburg County. |
|---|---|---|---|---|---|---|---|
| Felts Family Limited Partnership v. North Carolina Department of Transportation | 15 CVS 6926 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Flake, Jr., Wildon C. v. North Carolina Department of Transportation | 15 CVS 4016 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Fletcher, J. Brian and wife Tammy Fletcher v. North Carolina Department of Transportation | 15 CVS 7770 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Fluitt, Joe, et ux v. North Carolina Department of Transportation | 15 CVS 3214 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |
| Folk, John A. and wife, Margaret G. Folk v. NC DOT | 14 CVS 4809 | NC Superior Court | $0.00 | | X | NC Gen. Stat. §136-44.50, et seq. | Inverse condemnation case. One of multiple cases challenging on its face and by application the provisions of the Transportation Corridor Official Map Act, N.C. Gen. Stat. § 136-44.50, et seq. |

Ex. E



# NORTH CAROLINA GENERAL ASSEMBLY
### Legislative Services Office

Paul Y. Coble, Legislative Services Officer

---

*Legislative Analysis Division*
300 N. Salisbury Street, Suite 545
Raleigh, NC 27603-5925
Tel. 919-733-2578  Fax 919-715-5460



MECKLENBURG COUNTY
FILED #157

DEC 15 2017

AT _____ M
BY _____
CLERK SUPERIOR COURT

## CERTIFICATION

I, Jane W. Basnight, am a Reference Librarian in the North Carolina General Assembly Legislative Library.

I certify that the attached documents are true copies of records contained in the Legislative Library, said documents being:

**Minutes from the Joint Legislative Commission on Governmental Operations Oct. 27 & Nov. 29, 2011**

Signed this 15th day of November 2017.

*Jane W. Basnight*

Jane W. Basnight
Reference Librarian
North Carolina Legislative Library

North Carolina, Wake County

This is to certify that on the 15th day of November 2017, Jane W. Basnight, with whom I am personally acquainted, executed the foregoing instrument before me. Being duly sworn by me, she has made oath that the statements in the foregoing instrument are true.

My commission expires ____12~16~2019____

*Tommie M. Puryear*
Notary Public

TOMMIE M. PURYEAR
NOTARY
PUBLIC
WAKE COUNTY, NC

Ex. F1

MECKLENBURG COUNTY
FILED #157

DEC 1 5 2017

AT _____ O'CLOCK ____ M
BY _____
CLERK SUPERIOR COURT



# NORTH CAROLINA GENERAL ASSEMBLY
### Raleigh, North Carolina 27601

October 6, 2011

## MEMORANDUM

TO: [illegible]

FROM: [illegible] Co-Chair

[illegible]

If you are unable to attend the next meeting, please contact [illegible] Smith at (919) 733-5850 or [illegible] information, contact Fiscal Research at (919) 733-4910 or the Bill Drafting Division at (919) 733-6660.

Agendas and reports may be accessed by visiting the GovOps website at: http://www.ncleg.net/gascripts/DocumentSites/browseDocSite.asp?nID=23 then select Full Commission.

*All reports/requests must be submitted to the GovOps e-mail address govops@ncleg.net no later than 5:00 p.m. on Monday, October 3rd to be considered for the October Meeting.*

cc: Committee Record  X
    Interested Parties  X

EX. F2



MECKLENBURG COUNTY
FILED #157
DEC 1 5 2017
AT_____M
BY_____
CLERK SUPERIOR COURT

2011



# MINUTES

Ex. F3

MECKLENBURG COUNTY
FILED #157

DEC 15 2017

AT _____ M
BY _____
CLERK SUPERIOR COURT

# GENERAL FUND REVENUE

- General Fund revenue was $150 million (3.4%) above $4.32 billion target

- Sales Tax collections were up 1%

- Personal Income collections were up 4.8%

Ex. FH

# GENERAL FUND REVENUE



- Overall Total revenue was $150 million (3.4%) above $4.52 billion target

- Sales Tax collections were up 1%

- Personal Income collections were up 4.8%

EX.G



## State of North Carolina

ROY COOPER
ATTORNEY GENERAL

Department of Justice
PO Box 629
Raleigh, North Carolina
27602

July 23, 2012

Joint Legislative Commission on Governmental Operations
Chairs, Senate and House Appropriations Committees
Chairs, Senate and House Finance Committees
North Carolina General Assembly
Raleigh, NC 27601-2808

RE:  Report on pending cases challenging the constitutionality of a
North Carolina law, pending cases seeking $1,000,000 or more in
damages, and settlements of litigation or potential litigation for
$75,000 or more.

Dear Members:

In accordance with N.C. Gen.Stat. §114-2.6, please find the attached reports which
include any lawsuit in which the constitutionality of a North Carolina law has been challenged
and any case in which plaintiffs seek in excess of one million dollars ($1,000,000) in damages.
In addition, pursuant to N.C. Gen. Stat. §114-2.4(b), included is the report on all agreements
entered into by the State or a State department, agency, institution, or officer to settle or resolve
litigation or potential litigation, that involves the payment of public monies in the sum of
seventy-five thousand dollars ($75,000) or more.

Thank you for the opportunity to provide this information.  We would be happy to
respond to any questions you may have regarding this report.

Very truly yours,

Kristi Hyman
Chief of Staff

KH/ml

Request for Hearing

Petitioner/ Plaintiff, Empress Ninti El Bey is requesting a hearing be scheduled within the United States District Court, Western District of North Carolina, with an Article III Judge within an Equity Court of competent jurisdiction for the Petitioners status, 40 days from the date of filing the above title case to verify if the Defendants have made payment owed and To determine liquidation efforts and to request Writ of Possession/ Writ of Seizure of the Defendants assets in an amount worth three times the amount of the debt if current demand is not satisfied within 30 days of this Demand for Payment After Default.

Affirmatively,

Empress Ninti El Bey

9/12/2019


court copy

Empress Ninti El Bey, A Full Equity Moor
401 Hawthorne Lane 110-289
Imperial City, North Carolina Territory
near [28204]

FILED
CHARLOTTE, NC

SEP 13 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Empress Ninti El Bey,
A Full Equity
Aborigine Moor,

Claimant,

     vs.

State of North Carolina
Inc, Office of Attorney
General of North Carolina
Josh Stein/Dept of Justice,
114 W Edenton St, Raleigh,
NC 27603

) Case No.:
)
)
)
)   Summons
)
)
)
)
)

     A lawsuit has been commenced against you in the above-entitled Court by the Claimant/ Plaintiff. Plaintiff's claim is stated in the Complaint served with this Summons. In order to defend against her lawsuit, you must respond to the Complaint by filing an Answer stating your defense in writing and serviving a copy to the Plaintiff's undersigned attorney within 20 days after the service of this Summons, excluding the day of service. If you served outside the state, you will have 60 days after service of this Summons. A default judgment may be entered agent you without notice.

     Dated this 12th day of September, 2019

*Empress Ninti El Bey*

Empress Ninti El Bey
C/O 401 Hawthorne 110-289
Imperial City, North Carolina Territory,
near[28204]

Summons- 1