# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | |
|---|---|
| *Plaintiff*<br>Empress Ninti El Beg<br>A Full eauity Moor<br>Aborigine Moor<br>v.<br><br>*Defendant* | Civil Action No. 3:19CV453-GM |

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

State of North Carolina, Inc.
Office of Attorney General of
North Carolina Josh Stein

114 W. Edenton St. Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/o 401 Hawthorne lane 110-289
    Empress Ninti El Beg
    Imperial city, North Carolina territory [28204]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐     I returned the summons unexecuted because _____; or

☐     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| *Plaintiff*<br>v.<br>Empress Ninti El Beg<br>A Full equity moor<br>Aborigine Moor<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:19CV453-GM |

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

State of North Carolina Inc.        114 W. Edenton St., Raleigh, NC
Attorney General of North Carolina                                    27603
Roy cooper, Jointly and severally

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 401 Hawthorne lane 110-289
Empress Ninti El Beg
Imperial city, Northcarolina territory near [28204]

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

☐  I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

☐  I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other *(specify)*:
   _____

My fees are $_____ for travel and $_____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                              Server's signature

                                      _____
                                              Printed name and title