IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV453

| | |
|---|---|
| EMPRESS NINTI EL BEY, A FULL EQUITY ABORINGINE MOOR, <br><br>Plaintiff, <br><br>Vs. <br><br>STATE OF NORTH CAROLINA, INC. ATTORNEY GENERAL OF NORTH CAROLINA ROY COOPER, <br><br>Defendants. | ORDER |

This matter is before the Court *sua sponte*. The *pro se* Plaintiff filed this Complaint on September 13, 2019. The Court has reviewed the Complaint and it appears that the Complaint is frivolous on its face and fails to state a claim upon which relief can be granted. Accordingly,

IT IS THEREFORE ORDERED that the Complaint is hereby dismissed with prejudice.

Signed: September 19, 2019

Graham C. Mullen
United States District Judge