*Court copy*  *First Mailing*  *Attachment Proof of Service*

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No. 3:19CV453-GM

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))

This summons for (name of individual and title, if any) STATE OF N.C. and Att. General Josh STEIN
was received by me on (date) _____

☑ I personally served the summons on the defendant at
(place) 114 W. Edenton ST Raleigh, NC 27603
on (date) Friday 13th, September 2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) STATE of NORTH CAROLINA, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other (specify): Sent by Registered MAIL U.S.P.S.

My fees are $ 50.00 for travel and $ 50.00 for services, for a total of
$ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 9-13-2019

Empress Ninti El Bey
Server's signature

Empress Ninti El BEY
Printed name and title

FILED CHARLOTTE, NC
SEP 24 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

First Mailing Attachment
Proof of Service
1st Address Location

| Registered No. RE174912206US | Date Stamp |
|---|---|
| Reg. Fee $1.90 | 0219 97 |
| Handling Charge $97.4 | Return Receipt |
| Postage $0.00 | Restricted Delivery $0.00 |
| Received by $0.00 | $99.35 |

Customer Must Declare Full Value $50,000.00, 50,000. 09/13/2019

Domestic Insurance up to $25,000 is included in the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

CHARLOTTE, NC 28204

FROM: Empress Ninth El Bey
C/o 401 Hawthorne Lane No. 110-289
Imperial City, North Carolina Territory
near [28204]

TO: STATE of North Carolina / Dept of Justice
Office of Attorney General Josh Stein
RALEIGH, NC 27608
114 W. Edenton St.
Raleigh, NC 27603

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

*Second Mailing Attachment Proof of Service 2nd Address Location*

Civil Action No. **3:19 CV453-GM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* **STATE N.C. Attorney General's Office, Josh STEIN**
was received by me on *(date)* _____.

*FILED CHARLOTTE, NC SEP 24 2019 US DISTRICT COURT WESTERN DISTRICT OF NC*

☐ I personally served the summons on the defendant at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **ATTORNEY General Roy Cooper STATE OF NORTH CAROLINA**, who is designated by law to accept service of process on behalf of *(name of organization)* **9/20/2019** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Sent by Registered MAIL U.S.P.S. $100.00**

My fees are $ **50.00** for travel and $ **50.00** for services, for a total of $ **200.00**.

I declare under penalty of perjury that this information is true.

Date: **9-20-2019**       *Empress Ninti ElBey*
                                Server's signature

                                **Empress Ninti ELBEY**
                                Printed name and title

*Second Mailing Attachment*
*Proof of Service*
*2nd Address Location*

| Registered No. RE174912268US | | Date Stamp 0219 09 |
|---|---|---|
| Postage $ 1.75 | Extra Services & Fees (continued) ☐ Signature Confirmation $ ☐ Signature Confirmation Restricted Delivery $ | |
| Extra Services & Fees ☐ Registered Mail $97.45 ☐ Return Receipt (hardcopy) $ $0.00 ☐ Return Receipt (electronic) $ $0.00 ☐ Restricted Delivery $ | Total Postage & Fees $ $99.20 | |
| Customer Must Declare Full Value $50,000.00 $ 50,000 | Received by 09/20/2019 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM: Empress Ninth El Bey
401 Hawthorne Lane #110-289
Imperial City, North Carolina
Terricotta near [28204]

TO: STATE OF NORTH CAROLINA INC.
OFFICE OF Attorney General of N.C.
JOSH STEIN. 1505 Mail Service Center
Raleigh, NC 27699-1505

$99.20
Debit Card Remit'd
(Card Name: MasterCard)
(Account #: XXXXXXXXXX2764)
(Approval #)
(Transaction #: 669)
(Receipt #: 020872)

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

**CLAIMANT** ~~Plaintiff~~

Empress Ninti El Bey
A Full Equity Moor
Aborigine Moor

v.

Civil Action No. 3:19CV453-GM

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

State of North Carolina, Inc.
Office of Attorney General of
North Carolina, Josh Stein
114 W. Edenton St. Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/o 401 Hawthorne Lane 110-289
Empress Ninti El Bey
Imperial City, North Carolina territory [28204]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. Johns* (signature)

Date: 9/13/2019

Frank G. Johns, Clerk
United States District Court

3:19CV453-GM

# CASE ASSIGNMENT NOTICE

All civil cases filed in the Western District of North Carolina are assigned to an Article III U.S. District Court Judge upon initial filing.

This case has been assigned to the following judge:

- ☐ Honorable Richard L. Voorhees
- ☐ Honorable Robert J. Conrad, Jr.
- ☐ Honorable Frank D. Whitney
- ☐ Honorable Martin K. Reidinger
- ☐ Honorable Max O. Cogburn, Jr.
- ☑ Honorable Graham C. Mullen, Senior Judge

Attached to this notice you will find the following forms:

- Joint Stipulation of Consent to the Exercise of Jurisdiction by a U.S. Magistrate Judge

- Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation

- Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan

Counsel may consent to the jurisdiction of a U.S. Magistrate Judge by filing a **Joint Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.** Counsel may consent to magistrate judge jurisdiction any time after service of the contents of this packet on the parties and are now **REQUIRED** to discuss the issue of consent to the jurisdiction of a magistrate judge at the Rule 26 (Initial Attorney's Conference) and if consent of **ALL** parties is granted, file a **JOINT STIPULATION OF CONSENT. These forms are included in this packet.**

The Plaintiff is required to serve this Notice and the attached forms on all defendants with service of the complaint. In removal actions, the removing party shall be responsible for the service of this Notice and the attached forms.

---

The Local Rules and Court Forms are available on the Court's website at www.ncwd.uscourts.gov

# Notice of Availability of Magistrate Judge to Exercise Jurisdiction
(Form 33 Notice)

In accordance with the provisions of Title 28, United States Code, Section 636(c), you are hereby notified that a United States magistrate judge of this District Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted *only if all parties voluntarily consent.*

You may, without adverse substantive consequences, withhold your consent. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned. Failure to file the Joint Stipulation of Consent constitutes the withholding of consent, no declination of consent is to be filed.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Consent to the jurisdiction of a magistrate judge is exercised in this district by the filing of a *Joint Stipulation of Consent* which is to be executed by the parties any time after service of this Notice but not later than immediately after the Initial Attorney's Conference. To withhold consent to the jurisdiction of a magistrate judge the parties are **NOT** to file anything; the case will remain with the Article III judge already assigned to the case. Parties are reminded that each Article III judge may and regularly do refer civil matters to the magistrate judges in this district in accordance with their own Order of Reference. Orders of Reference for each Article III judge are available on the court's web site at www.ncwd.uscourts.gov.

Local Rule 16.1(A) requires that "as soon as practicable, and in any event not later than fourteen (14) days from joinder of the issues the parties or their counsel shall confer as provided by Fed. R. Civ. P. 26(f), and conduct an "Initial Attorney's Conference." The parties are directed to discuss the issue of consent to the jurisdiction of a magistrate judge at this conference, and if *ALL* parties agree, execute a *Joint Stipulation of Consent* and file this stipulation with the Certification and Report of Initial Attorneys Conference as required by the above local rule.

Local Rule 16.1(B) defines joinder of issues for the limited purpose of the local rules as occurring "when the last responsive pleading other than a Motion to Dismiss is filed. Where a briefed Motion to Dismiss is filed, either as a separate pleading or is included in the Answer and accompanied by a brief, joinder of the issues does not occur until that motion is resolved and the Answer to the Complaint, Reply to a Counterclaim, or Answer to a Cross claim is filed. Motions to dismiss contained in an Answer, but not supported by a brief, simply preserve the motion and do not prevent joinder of the issues."

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

*Empress Ninti El Bey* Plaintiff(s),
*A Full Equity, Aborigine in or Claimant*
vs.
*STATE of North Carolina INC,*
*Office of Attorney General at A.G.*
*Josh STEIN/Department of Justice*
*114 W Edenton St*
*Raleigh, NC 27603* Defendant(s).

Case No. **3:19 CV 453**

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

*Empress Ninti El Bey, Claimant* who is *Moving Party Claimant*,
(Name of party.)                           (Plaintiff/moving party or defendant)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   ( ) Yes        (√) No
2. Does party have any parent corporations?
   ( ) Yes        (√) No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   ( ) Yes        (√) No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ( ) Yes        (√) No
   If yes, identify entity and nature of interest:

*Empress Ninti El Bey*                    9/20/2019
(Signature)                               (Date)

# Joint Stipulation of Consent to Exercise of Jurisdiction
## by a United States Magistrate Judge
(Form 34 Consent Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Empress Ninti El Bey
A Full Equity
Aborigine Moor,
Claimant

Plaintiff,

Vs.

STATE of North Carolina Inc.
Office of Attorney General of
North Carolina, Josh Stein Department
of Justice, 114 W Edenton St Raleigh
NC 27603
Defendant.

Case Number: 3:19CV453

In accordance with the provisions of Title 28, United States Code, Section 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Counsel's Signature | Party | Date |
|---|---|---|
| Empress Ninti El Bey | Claimant | 9/20/2019 |
| Counsel's Signature | Party | Date |
| Counsel's Signature | Party | Date |
| Counsel's Signature | Party | Date |
| Counsel's Signature | Party | Date |

**Note: Return this form to the Clerk of the Court *ONLY* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION
CIVIL NO. 3:19CV453

Empress Ninki ELBEY )
A Full Equity, Aborigine Moor )
_____ )
_____ )
_____ )
_____ )
▬▬▬▬ )
Claimant )
vs. )  **CERTIFICATION AND REPORT OF**
 )  **F.R.C.P. 26(f) CONFERENCE**
State of North Carolina INC ) **AND DISCOVERY PLAN**
Office of Attorney General of )
North Carolina )
JOSH STEIN/DEPARTMENT OF )
JUSTICE )
114 W. Edenton St. )
Raleigh, North Carolina )
27603 )
**Defendant[s].** )
_____ )

*Please fill in or check the appropriate blanks (print legibly) to certify completion of the Rule 26(f) Attorney's Conference and provide the required information to the Court. Where the parties were unable to agree on a specific provision or item, please so note and attach any necessary explanation. Please note that this information will be used <u>as a guideline</u> by the judge conducting the Initial Pretrial Conference or issuing the Initial Pretrial Order.*

1.  <u>Certification of Conference</u>. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____ *(date)* [ ] at _____ *(place)* or [ ] by telephone and was conducted by the undersigned counsel for the designated parties in the above-captioned case.

2.  <u>Pre-Discovery Disclosures</u>. The information required by Fed. R. Civ. P. 26(a)(1) *(check one)* [✓] has been exchanged   [✓] will be exchanged by 9/29/2019 *(date)*.

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan: [*Use separate paragraphs or subparagraphs as necessary if parties disagree.*]

    a) All discovery shall be commenced in time to be completed by _____ (*date*).

        [*if needed*] Discovery on _____

        _____

        (*identify any issues requiring early discovery*) will be completed by _____ (*date*).

    b) Discovery Limits:
        1) Maximum of _____ (*ordinarily 20*) interrogatories by each party to any other party.
        2) Maximum of _____ (*ordinarily 20*) requests for admission by each party to any other party.
        3) Maximum of _____ depositions by plaintiff(s) and _____ by defendant(s) (*ordinarily 6 each*) [or _____ by *each* plaintiff and _____ by *each* defendant].

    c) Reports from retained experts under Rule 26(a)(2) will be due:
        -from plaintiff(s) by _____ (*date*)
        -from defendant(s) by _____ (*date*)
        Supplementations under Rule 26(e) due _____ (*list time(s) or interval(s)*)

4. <u>Other Items</u>. [*Attach separate paragraphs as necessary if parties disagree.*]
    a) The parties [ ] request [X] do not request a conference with the court before entry of the scheduling order.

    b) All potentially dispositive motions should be filed by _____ (*date, ordinarily one month after the close of discovery*)

    c) Settlement:
    [ ] is likely
    [ ] is unlikely
    [ ] cannot be evaluated prior to _____ (*date*)
    [X] may be enhanced by use of the following ADR procedure:

        [ ] Mediated Settlement Conference
        [ ] binding arbitration
        [X] judicial settlement conference
        [ ] other _____

The parties agree that the above selected ADR procedure would be most useful if conducted:

    [ ] ~~after resolution of any outstanding dispositive motions, but prior to further discovery;~~
    [ ] after an initial round of preliminary discovery to be completed by _____ (date);
    [ ] after the completion of discovery;
    [ ] after resolution of summary judgment motions, if any
    [X] not applicable.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
from plaintiff(s) by 9/29/2019 (date)
from defendant(s) by 9/29/2019 (date)

e) If the case is ultimately tried, trial is expected to take approximately _____ days.

f) [ ] The parties have discussed the issue of consent to the jurisdiction of a U.S. magistrate judge.

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, etc., unmovable scheduling conflicts)

_____
_____
_____
_____
_____

*Empress Minti El Bey*    9/20/2019

| Counsel | Party | Date | Defendant's Counsel | PartyDate |
|---|---|---|---|---|
| Plaintiff's Counsel | Party | Date | Defendant's Counsel | PartyDate |
| Plaintiff's Counsel | Party | Date | Defendant's Counsel | PartyDate |
| Plaintiff's Counsel | Party | Date | Defendant's Counsel | PartyDate |
| Plaintiff's Counsel | Party | Date | Defendant's Counsel | PartyDate |

*(attach additional sheets if necessary)*